UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA MENDEZ,

    Plaintiff,

    v.

UNUM PROVIDENT CORP., *et al.*,

    Defendants.

Case No. C05-1129L

ORDER OF DISMISSAL

On August 1, 2005, the Court denied defendants' motion to compel (Dkt. #9). Because the only relief requested in this action was an order to compel and the Court denied that relief, the Court ordered defendants to show cause within ten days of the date of the order why this case should not be closed. Defendants have not responded to the Order to Show Cause. Therefore, this matter is DISMISSED and the Clerk of the Court is directed to close this case.

DATED this 17th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1